**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CORA LITTLE,**

    **Plaintiff,**

v.                                                     **Case No.: 8:18-cv-300-T-33CPT**

**LUXOTTICA RETAIL NORTH**
**AMERICA, INC. an Ohio corporation**
**d/b/a Lenscrafters,**

    **Defendant.**

_____/

**JOINT STATUS REPORT**

In accordance with this Court's Order dated March 13, 2018 (ECF No. 11), plaintiff Cora Little ("Plaintiff") and defendant Luxottica Retail North America Inc., d/b/a Lenscrafters ("Defendant") (Plaintiff and Defendant are together referred to as the "Parties"), jointly file their status report. The Parties are currently evaluating early resolution and have therefore not yet formally instituted the arbitration process.

Dated: June 11, 2018.

| | |
|---|---|
| */s/ Christopher J. Rush* | */s/ Theresa M. Waugh* |
| Christopher J. Rush | Kimberly J. Doud |
| Florida Bar No.: 621706 | Florida Bar No.: 0523771 |
| Email: crush@crushlawfl.com | Email: Kdoud@littler.com |
| Email: eservice@crushlawfl.com | |
| | Theresa M. Waugh |
| | Florida Bar No.: 089593 |
| | Email: twaugh@littler.com |

| CHRISTOPHER J. RUSH & ASSOCIATES, P.A.<br>Compson Financial Center, Suite 205<br>1880 North Congress Avenue<br>Boynton Beach, FL  33426<br>Telephone: (561) 369-3331<br>Facsimile:  (561) 369-5902<br><br>ATTORNEY FOR PLAINTIFF | LITTLER MENDELSON, P.C.<br>111 North Magnolia Avenue, Suite 1250<br>Orlando, Florida 32801<br>Telephone: (407) 393-2900<br>Facsimile: (407) 393-2929<br><br>ATTORNEYS FOR DEFENDANT |
|---|---|