**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**CORA LITTLE,**

    **Plaintiff,**

v.                                                                    **Case No.: 8:18-cv-300-T-33CPT**

**LUXOTTICA RETAIL NORTH
AMERICA, INC. an Ohio corporation
d/b/a Lenscrafters,**

    **Defendant.**

_____/

**PARTIES' NOTICE OF SETTLEMENT**

Pursuant to Local Rule 3.08, plaintiff Cora Little ("Plaintiff") and defendant Luxottica Retail North America Inc., d/b/a Lenscrafters ("Defendant") (Plaintiff and Defendant are together referred to as the "Parties"), by and through their undersigned counsel, hereby advise the Court that the Parties have reached an amicable settlement of Plaintiff's claims. The Parties are preparing the settlement agreement and will seek dismissal with prejudice after it is finalized.


Dated: July 20, 2018

| | |
|---|---|
| */s/ Christopher J. Rush* | */s/ Theresa M. Waugh* |
| Christopher J. Rush | Kimberly J. Doud |
| Florida Bar No.: 621706 | Florida Bar No.: 0523771 |
| Email: crush@crushlawfl.com | Email: Kdoud@littler.com |
| Email: eservice@crushlawfl.com | |
| | Theresa M. Waugh |
| | Florida Bar No.: 089593 |
| | Email: twaugh@littler.com |

CHRISTOPHER J. RUSH & ASSOCIATES, P.A.
Compson Financial Center, Suite 205
1880 North Congress Avenue
Boynton Beach, FL  33426
Telephone: (561) 369-3331
Facsimile:  (561) 369-5902

ATTORNEY FOR PLAINTIFF

LITTLER MENDELSON, P.C.
111 North Magnolia Avenue, Suite 1250
Orlando, Florida 32801
Telephone: (407) 393-2900
Facsimile: (407) 393-2929

ATTORNEYS FOR DEFENDANT